# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROSS STORES, INC., individually and d/b/a DD'S DISCOUNTS, a California Corporation; MOTIVE ENTERPRISE, INC., a California Corporation; RJ ANNABELLE, INC., a California Corporation; SJS APPAREL, INC., a California Corporation; LOVEJ CORPORATION, a California Corporation; P.O.M., INC., a business entity of form unknown; PLANET GOLD CLOTHING CO. INC., a New York Corporation; ENTICING LINGERIE d/b/a HYMAN CINDI D, a New York Corporation; ONE STEP UP, LTD., a New York Limited Corporation; TO THE WAY, CORP., a California Corporation and DOES 1 through 10,<br><br>Defendants. | Case No. CV 17-9273-GW-JEMx<br><u>*Hon. George H. Wu Presiding*</u><br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE** |

1

[PROPOSED] ORDER ON STIPULATION TO DISMISS TO DISMISS ACTION WITH PREJUDICE

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The entire action is hereby dismissed with prejudice against all defendants, together with all claims and/or causes of action arising therefrom; and

2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action, subject to any obligations of defense or indemnity among or between Defendants.

SO ORDERED.

Dated: October 2, 2018          By: _____
                                    HONORABLE GEORGE H. WU
                                    U.S. DISTRICT JUDGE